**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CROSS OIL REFINING & MARKETING, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL S. REGAN, <br><br> Defendant. | Civil Action No. 21-1825 (JMC) |

## ORDER

This Court **GRANTS** Plaintiff Cross Oil's motion for summary judgment. ECF 11. This is a final appealable order. The Court further **DENIES** Defendant Administrator of the Environmental Protection Agency Michael S. Regan's cross-motion as moot. The Administrator is **ORDERED** to decide Cross Oil's petition within thirty days of the issuance of this order. The Clerk of Court shall terminate this case.

**SO ORDERED**.

DATE: May 5, 2022

———————————
Jia M. Cobb
U.S. District Court Judge

1